# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D17-1053

_____

KRISTOPHER QUILLIN,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Leon County.
T. Kent Wetherell, II, Judge.

January 14, 2019

PER CURIAM.

AFFIRMED.

MAKAR, WINOKUR, and WINSOR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Andy Thomas, Public Defender, Steven Seliger, Assistant Public Defender, Joanna Mauer, Assistant Public Defender, Flor Diaz, Assistant Public Defender, and Kathleen Pafford, Assistant Public Defender,  Tallahassee, for Appellant.

Ashley Brooke Moody, Attorney General, and Daniel Krumbholz, Assistant Attorney General, Tallahassee, for Appellee.